AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Timothy John Morris<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  MO: 19-MJ-191<br>)<br>)<br>) |

**FILED**
JUN 04 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Young

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 31, 2019__ in the county of __Midland, Texas__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | PWID more than 5 grams of methamphetamine |

This criminal complaint is based on these facts:
See attachment

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew Sedillo Midland Police Department Det.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/04/2019__

_____
Judge's signature

City and state: __Midland, Texas__

U.S. Magistrate Judge Ronald Griffin
*Printed name and title*